UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EARL WRIGHT, RAMONA HOLDEN, ETTA WILLIAMS, MICHAEL HAMILTON, JOSEPH EKO, LINDA PHILLIPS, ELAINE WILHELM, ANTHONY GILLESPIE, MARK CARLISLE, VERNITA JESSIE, CHERYL RIFE, SANDY SAMENS, RUTHIE ORTIZ SOUDJIAN,<br><br>                Plaintiffs,<br><br>    v.<br><br>PUBLISHERS CLEARING HOUSE, INCORPORATED and PUBLISHERS CLEARING HOUSE, LLC,<br><br>                Defendants. | Case No. 2:18-cv-02373 (ADS)(AYS)<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PUBLISHERS CLEARING HOUSE, INCORPORATED** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Publishers Clearing House, Incorporated, a non-public corporation, states that its sole shareholder is Publishers Clearing House, LLC, and no publicly-held corporation owns 10% or more of its stock.

Dated: May 25, 2018
       New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/ Deborah H. Renner*
      Deborah H. Renner
      45 Rockefeller Plaza, 14th Floor
      New York, NY 10111
      Telephone: (212) 589-4200
      Facsimile: (212) 589-4201
      Email: drenner@bakerlaw.com

      *Attorneys for Defendants Publishers Clearing House, Incorporated and Publishers Clearing House, LLC*