**SCHWABA LAW FIRM**

recover.

May 3, 2019

212 South Tryon Street
Suite 1725
Charlotte, NC 28281

**VIA ELECTRONIC CASE FILING (ECF)**

The Honorable Arthur Spatt
United States District Judge
PO Box 9014
Central Islip, New York 11722-9014

P (704) 370-0220
F (704) 370-0210
www.schwabalaw.com

> Re: **Wright v. Publishers Clearing House**
> **Case No.: 18-CV-2373**
> **Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion to Dismiss/Strike/Compel**

Dear Judge Spatt:

Pursuant to Local Rule 7.1(d) and Individual Rule I(F), the Plaintiffs are hereby requesting an Extension of Time to file their Memorandum of Law in Response to the Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, Motion to Strike Class Action Allegations, and Motion to Compel Arbitration (Dkt. #33, 34). This Letter Motion is made pursuant to Local Rule 7 and your published preferences.

The Plaintiffs request an additional fourteen (14) days to file their Response Brief to Defendants' Motions. The Motion was filed on Thursday, April 25, 2019. Without an extension, the Response would be due on or before Thursday, May 9, 2019. With the extension, the Response would be due on Thursday, May 23, 2019. Defendants' counsel has graciously consented to this request as Plaintiffs have agreed to extend by fourteen (14) days their date to file a Reply brief, making their Reply brief due on or before June 13, 2019.

The Defendants have graciously stipulated to an extension of fourteen (14) days. The parties, and specifically the Plaintiffs, have not requested any previous extensions with respect to this Response, although a previous extension was granted to the Plaintiffs to respond to Defendant's original Motion to Dismiss, Strike Class Allegations and Motion to Compel Arbitration (Dkt. # 20).

Sincerely,

/s/ Andrew J. Schwaba

Andrew J. Schwaba
aschwaba@schwabalaw.com

cc: Paul Karlsgodt (via ECF)
Edward H. Nicholson (via ECF)