**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EARL WRIGHT, RAMONA HOLDEN, ETTA
WILLIAMS, MICHAEL HAMILTON, JOSEPH
EKO, LINDA PHILIPS, ELAINE WILHELM,
ANTHONY GILLESPIE, MARK CARLISLE,
VERNITA JESSIE, CHERYL RIFE, SANDY
SAMENS, RUTHIE ORTIZ SOUDJIAN,

                Plaintiffs,

       - against -

PUBLISHERS CLEARING HOUSE,
INCORPORATED and PUBLISHERS
CLEARING HOUSE, LLC,

                Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 18-2373 (ADS)(AYS)

      A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on February 13, 2020, granting the Defendants' motion pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the Amended Complaint in its entirety, denying as moot the Defendants' motions to strike the class allegations and to compel arbitration, dismissing the Amended Complaint with prejudice and without leave to re-plead, and respectfully directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that the Plaintiffs Earl Wright, Ramona Holden, Etta Williams, Michel Hamilton, Joseph Eko, Linda Phillips, Elaine Wilhelm, Anthony Gillespie, Mark Carlisle, Vernita Jessie, Cheryl Rife, Sandy Samens, and Ruthie Ortiz Soudjian take nothing of Defendants Publishers Clearing House, Incorporated and Publishers Clearing House, LLC; that the Defendants' motion to dismiss the Amended Complaint is granted in its entirety; that the Defendants' motions to strike the class allegations and to compel arbitration are denied

as moot; that the Amended Complaint is dismissed with prejudice and without leave to re-plead and that this case is closed.

Dated: February 14, 2020
      Central Islip, New York

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT
                            By:    /s/ Chelsea Tirado
                                        Deputy Clerk